IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, Civil Division

FILED
U.S. DISTRICT COURT

2015 NOV -4  A 10: 48

DISTRICT OF UTAH

DEPUTY CLERK

| Intelligent Payments, LLC ( Plaintiff) v. RevProtect LLC, Jason Taylor and Jana Taylor ( Individuals) | Civil Action No. 2:15-CV-00410-dbp  Request for Additional Time  District or Magistrate Judge's Name (When Applicable) |

Defendants Taylor, Taylor and RevProtect , LLC. Request additional time to file an answer to the previously filed Summons. Defendants have not all been served, Jana Taylor and RevProtect LLC have been served, however Defendant Jason Taylor has not.

Defendants request additional time to engage counsel and to be represented in this above matter. Defendants respect the serious allegations made in this case and ask for additional time to prepare .

Defendants ask that an additional 30 days be granted to seek counsel and file an appropriate response, and to give plaintiff(s) additional time to render service on defendant , Jason Taylor.

Respectfully Requested this 2nd Day of November 2015.

X _____  11/2/15

Jason Taylor in behalf of Defendants, Jason and Jana Taylor and Rev Protect LLC.

A copy of this request has been mailed to all counsel listed for the plantiff.