Grant M. Sumsion (6445)
Daniel L. Steele (6336)
Attorneys for Plaintiffs
SUMSION STEELE & CRANDALL
3400 N Ashton Blvd, Suite 490
Lehi, UT 84043
Telephone: (801) 426-6888
Email:  grant@sumsionsteele.com
            dan@sumsionsteele.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INTELLIGENT PAYMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REVPROTECT, INC. aka REVPROTECT, LLC, a Utah corporation; JASON TAYLOR, an individual; JANA TAYLOR, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION DEFENDANTS' MOTION TO QUASH SERVICE AS TO DEFENDANT REVPROTECT AND MOTION TO DISMISS AS TO DEFENDANT JANA TAYLOR**<br><br>Civil No.: 2:15-cv-00410-DAK<br><br>Judge: Dale A. Kimball |

Plaintiff Intelligent Payments hereby requests that the clerk of the Court submit for decision Defendants' Motion to Quash Service as to Defendant RevProtect and Motion to Dismiss as Defendant Jana Taylor. Defendants filed the motion on January 26, 2017. Plaintiff opposed the motion on February 8, 2017. Defendants have not filed a reply, and the time for doing so has expired.

Because the Motion is potentially dispositive with respect the claims against Jana Taylor, Plaintiff requests oral argument.

DATED this 2nd day of March, 2017

SUMSION STEELE & CRANDALL

/s/ Grant M. Sumsion
Grant M. Sumsion
Daniel L. Steele
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of March, 2017, a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION DEFENDANTS' MOTION TO QUASH SERVICE AS TO DEFENDANT REVPROTECT AND MOTION TO DISMISS AS TO DEFENDANT JANA TAYLOR** was served upon the following persons in the manner indicated:

| | |
|---|---|
| MARK L. SHURTLEFF (#4666)<br>SHURTLEFF LAW FIRM<br>P.O. Box 900873<br>Sandy, Utah 84090<br>(801) 441-9625<br>mark@shurtlefflawfirm.com | ___ Hand-Delivery<br>___ U.S. Mail, First Class, Postage Prepaid<br>___ E-mail<br>_X_ Electronic Filing |

/s/ Grant M. Sumsion

2